R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 22 2019

FILED
DOCKETED
DATE                    INITIAL

NO. 19- 35281

In the United states court of Appeals
for the Ninth circuit

Kent Williams,
Plaintiff -Appellant,

v.

Guard Fox
Defendant- Appellee

Appellant's Reply Brief

Kent Williams,
Prose Plaintiff
119473
Idaho correctional center
PO Box 70010
Boise, Idaho 83707

(1) Defendant bases his legal argument on facts and "ASSUMPTIONS" not supported by the record; fails to identify all of the constitutional violations involved; and fails to acknowledge that Defendants actions violated clearly established law not entitling him to qualified emunity.

(2) Defendant inappropriately cites discovery that was not litigated below or that the district court court relied upon to render its decisions being appealed. To wit: purported letters from Plaintiff to a 3rd party not to the suit.

Since it is beyond debate that Williams had a right to file the two rejected grievances for consideration of merit and Fox denied Williams of that right, Fox violated his constitutional rights. The violations that occurred after that point can not be defended with a claim that the grievances were frivolous because it is impossible for Fox to prove the grievances were frivolous since he failed to make a record of the grievances and actually destroyed the evidence. Then during discovery admitted he does not recall the underlying issues raised by Williams in the destroyed grievances. Fox's argument fails because of this fact alone. But there is more

Fox asks this court to make its decision on the

1- Appellants Reply Brief

presumption ("presumedly" as he calls it) its not to even be debated that the Two rejected grievances were frivolous that its simply a fact not to be questioned.

The record indicates, at worst for williams, its a disputed issue as to what the grievances contained and the reason fox rejected them and threatened williams over. Clearly fox can not establish the grievances[1] did not contain a grievable issue and fox has testified that one reason for his threat and rejection was indeed the preceived disrespectful language. AWD all claims of ungrievability must be done in writing after being filed. SOP 4. $5_2$ and common sense. Not by leaving them on a tier to be trashed! And then just "presume"... And trust... and glean...

Fox does not argue that the lower courts did not mistate the hearsay rule. of course williams testimony regarding what he claims the grievances grieved is admissible. of course if a person threatens another person, the threatened person can testify to the threat, and is admissible at trial. of course interogatories 8 and 9 are

[1] fox is incorrect. Williams only claims fox "mishandled" Two submitted grievance forms. the "Third" grievance 8843, merely is evidence to support williams' claims and is a perse threat.

2- Appellants Reply Brief

admissible at trial. If this court disagrees with the lower courts hearsay finding then at worst (for williams) there are disputed material issues. Why is every thing williams testified to, and the documents he cites invalid but every thing fox testified to valid – (except that which incriminate Fox. The court also said fox's testimony that incriminates him is hearsay but then uses other testimony of his to support him !). Williams can not provide evidence but fox can? The courts method he uses to allow and disalow evidence is inconsistent and wrong legal interpretations.

Fox cites no evidentiary rule (hearsay, etc) or one piece of evidence to establish that the two grievances were frivolous. As such, his entire case, not just the initial right to file issue, is moot. Fox simply asks this court to presume ("presumedly") they were frivolous.

Fox also, facts not withstanding, takes the frivolous grievance cases out of context as applied to the "presumed facts" of this case. This case involves grievances not even accepted, processed and made record of. This case also involves threats and the excuse of disrespectful language. Protected activity. Fox's cited cases are not analogous to the facts at bar.

In no pleading below did fox argue that the trashed grievances were trashed - rejected - because they were

3- Appellants Reply Brief

grieving already grieved ~~incident~~ — incidents. fox only now piggy backs on the district court's invented defense for fox. fox, for the very first time here, states that argument. Below fox claims they were frivolous for containing no subject matter. Also of note. while fox makes this claim fox cites no record to support this factual claim. fox and the district court simply make a bare, naked conclusory argument. fox does not even claim grievance 8821 is some how evidence that Two grievance filed 3 days after 8821 is <u>answered</u> are frivolous. Fox simply reiterates the courts unsupported defense.

    Fox's entire defense below is that the Two grievances trashed were frivolous because they lacked a subject matter. Now he claims the subject matter — already grieved incident — renders them frivolous. while citing fox's testimony and grievance reply 8843 that the grievance contained "No issue". And irrationally fox here actually uses both contradictory reasons to establish the grievance were frivolous — No subject matter / grieved an incident already grieved. Fox asks the court to disregard Fox's testimony and statements in 8843 after he cites it for one defense. What <u>is</u> Fox's factual story?

This is not even an issue that should go to trial. Fox's own testimony (and 8843) alone require a finding in williams favor as a matter of law. In the alternative, can this court then make the conclusion there are no material

4- Appellants Reply brief

disputed issues? IN williams summary judgement motion decision, the court (incorrectly) held there are disputed material issues —citing documents, each parties testimony. Then those disputes disappear as well as williams testimony, in the courts decision on fox's motion for summary Judgement. The court's legal interpretations (and factual) changed.

Williams respectfully asserts that the district courts hearsay claim is wrong and, that it must ignore all of fox's damaging testimony and all of williams testimony, and that grievance 8821 is some how evidence that the Two grievance filed 3 days later is some how proof positive they were frivolas. 8821 would not even be admissible at trial for fox. Williams may introduce it to show fox did know case law saying he can not reject grievances for disrespectful language (Thus his contemporary defense —8843— the grievances lacked a grievable issue) also, this and all the other notifications to fox and jail staff way before the "letter" was sent, infra, that the law forbids this behavior belies fox's contentions he was set up to violate williams' rights. If it was a ploy why would williams have tried so hard to notify the jail staff of the law?

fox's claim that HIM ~~fox~~ refusing to file and then leave on the tier floor to be trashed was a "response" is insulting to this superior court. So is his claim that

5- Appellants Reply brief

williams did not "appeal" fox's "reply." that fox actually said that, highlights the lack of merit to his defense. Perhaps fox could specify the appeal process to that "response", that wasnt in soP 4.5 or the inmate handbook. Williams did slide form one back to him. Is that not an "appeal"? clearly the grievances were not frivolous, that the issues were allowed by rule. However, if it can be determined that is disputable, that dispute is to be decided by a jury. Not a judge. And fox's argument still fails in regards to the initial right to petition claim. No amount of word games, Id, by fox can give credence to the notion fox allowed those grievances to be filed. see soP 4.5 and basic common sense. A finding of merit must be made in accordance to soP 4.5 and the law. fox argument that trashing two grievances was filing and answering is unbecomming of an officer of the court and no place for a superior court. —any court. see stevens (U.S v.) 559 us 460 at 470-71. fox can not refuse to "process" (mine)(file) grievances merely because the issue raised was, in his view, unimportant. Also see Petitioners opening brief Ridley disussing Boothoim. when a guard does this we have these problems — non existing grievances and exhaustion conflicts, etc.

As for exhaustion, this court would not consider the underlying issues of the trashed ("reply" as fox calls it!) grievances exhausted for the purposes of a 1983 suit. (or a defendant!)

6- Appellants Reply brief

fox's actions simply go against a library of cases from every superior appellate court. And as williams testified, he did not sue the quard grieved in "form one" because he was concerned over "exhaustion" - risking a 400 hundred dollar filing fee: A chilling effect and denial of access to courts.

withstanding the disputed evidence, fox's own testimony and interogatories (8-9, etal.) indicate the grievance had merit and wither with out that its still a Perse violation, right to petition. of course fox rejected the grievancs for disrespectful language. But to play his line of reasoning, "he did think the grievance unworthy to be filed, who is to say if it -they- were filed and answered -even by fox-in writing and williams appealed, authorized by sop 4.5, that the supervisor would not have disagreed with fox and agreed with williams? fox's actions denied williams of an appeal. We cant assume every one would have agreed with fox's merit claim! The distinct court can not conclude destroyed grievances absolutely had no merit or what they were grieving. actually incorrect. see williams affidavit, fox's interogatory replics 8-9 and common sense. of course its not debateble form Two was grieving fox's actions of 15 minutes prior to form Two!

RETALIATION, THREATS -chilling-Protected speech

The courts position is contradicting at times and Puzzling. The court refused to accept that fox did testify he did use as one reason to reject was language (and threats). As well as for other protected activity - submitting for determination ~~Determinace~~.

7- Appellants reply Brief

frivolous grievances. That is, "your grievance lacks merit. No action will be taken. You may appeal this reply". i.e., a reply after an investigation and being processed. Fox, as is his defense here [] saying, 'If I pick up another grievance I determine is not merit based I will infract you' is a threat for protected activity and a Perse chilling effect. Fox's argument is without legal basis and his factual claim of logic is irrational. filing grievances

\*     <u>for consideration of merit (not frivolous) is Protected activity</u> !
for the right to petition claim, the district court came up with one factual conclusion – grieving an already grieved incident and thus frivolous grievances (without evidence and ignoring evidence) Then for the retaliation⑤ claim the court says fox likely <u>did</u> reject simply for the content of the grievances, the preceived disrespectful language. The court then, after alternating factual conclusions, justifies his actions by harshly critisizing this courts holdings in <u>Bradly</u> !

③ ⑤    williams is not an attorney but he believes the court and him are not on the same page. The courts retaliation view is Amicus based. Williams' retaliation claim is that the rejection (and threat) were for protected speech /activity: Disrespectful language. However, certainly what fox described in his testimony and alleged by williams reflects an anger and contempt for being called disrespectful names in his view. The threats, tossing of the grievance, total and complete violation of SOP 4.5 etc ---

8- Appellants Reply brief

The lower court is simply in conflict with this court. And Fox attempts to relitigate Bradly's Turner test regarding rejections for disrespectful language. Every court in the land has firmly and repeatedly rejected any notion its constitutional for a guard to pick up a grievance written on him, look at it and Toss it onto the tier then later put it in the trash. We can not even get to a debate on rather or not the grievances could have been interpreted by some one as frivolous. Two People, initial review/ Appellee.

However, that notion fails. Williams testified to the issue being grieved (affidavits. one with his summary Judgement motion) and fox can not dispute that (Interrogatories 8-9). Fox's argument in his brief at pages 6-7 & 15 new at this stage after the district courts new defense. Notice fox says "The record shows" but cites no record, Not even grievance 8821 that the court relied upon. Even fox can not make the district courts interpretation. When a guard refuses to accept and process a written submitted grievance, that is not grieving already grieved issues. Fox wants this court to believe that when fox took grievance form one, and Two, the one grieving him for leaving on the tier after tossing it, and threatening him is grieving an already grieved incident. Thats silly and again fox only now makes that argument after the district court invented it because it was a "slam dunk" against him. And each time a guard

refuses to accept a grievance merely because it contains disrespectful language that is a seperate constitutional violation. <u>If williams wanted to sue over each rejection Did he not have to grieve it first?</u>

Fox makes the argument that the grievances were frivolas Because they grieved prior incidents is a New argument not made below and there for shold not be considered. And the district court errored to invent that excuse and its evidence to support it was evidence not even fox could cite here; Grievance 8821. fox also under cuts the district courts argument. The court said the Two destroyed grievances were grieving earlier grieved incidents.④ fox, here, is trying to assert that any time a gaurd refuses to process a grievance its all one incident. Just to take grievance "form Two." The one grieving fox's actions. When was that incident Grieved prior to form Two??!! (emphasis). Again, these debates are irrelevant. Per law and sop 4.5 these claims needed to be made in a written reply after processing! then qiven a chance to Appeal (see sop.4,5). certainly grievance 8821 was not grieving fox's actions on January 11th! 8821 was written 1-8-16!

④ If in one day 10 guards refuse to process the same grievance because of disrespectful languge, etc, those are seperate incidents – constitutional violations. But thats not even remotely resembling the logistics here. or facts

10 – Appellants Reply Brief

Its note worthy that not once does fox cite the grievance policy, SOP 4.5. that is fox's mandate for handling grievances he believes lack merit (you put in writing!)(or are grieving an already grieved incident!). He only cites an inmate hand book. (Previously acknowledged is not lawful as it pertains to grievance discipline and rejections)

fox simply did testify that a motivating reason for his actions and threats was the disrespectful language. Williams testified that was the SOLE excuse fox gave in person. fox also testified, Post incident, knowing of Bradly and Brodheim (8821), the grievances had "no issues", no subject matter. No one before now, except the judge, has made the claim the trashed grievances were grieving prior incidents already grieved. How can justice be met by deeming all that evidence moot, hearsay, etc or to be ignored or construed soley in fox's favor?

fox simply tries to frame his argument on the far gone "assumption" the grievances were frivolous, thus not protected activity.

This statement by fox, Page 7, Reply brief, "Williams cannot establish causation because Williams's Grievance forms violated jail policy in a manner unrelated to his language choice." is not a statement supported by any cited evidence. Its an "assumption". It ignores the entire

11 - Appellants Reply Brief

discovery file submitted here in the record. It ignores all of fox's declarations, interogatories and williams' affidavit

This is a false premise not reflective of the record, but for arguments sake, Page 7, 2d., continuing. "Thus, williams would have received the same warning even if his grievances had not contained disrespectful language." Brodheim discusses that. fox admits, 2d disc., one reason at least fox did (this is being ignored) reject and threaten ("AND," fox) for insulting language! you don't get a pass for making more than one threat. Besides the initial right to file violation. what fox describes in all aspects is protected activity. A grievance can be filed that is frivolous. you try to get respondents 'agree! you have a right to have that reply - "frivolous, no action will be taken!"

THREAT for Protected speech and right to file grievances. fox also threatened for, is not an excuse of Legal defense

fox wanting it to simply be accepted that the grievances were frivolous defeats the purpose of Judial procedings. We must ignore evidence acquired and "assume" facts not in the record.

Again, the court contradicts facts and law. ~~Sert~~ SER023 the court accurately cites the chilling standard, "would chill ---" but later SER025 says williams' right were not chilled because he continued to file grievances after fox's actions and threats (where that is shown is not cited). what standard did the court apply and again, what facts, the law and facts are interchangeable

And when the court gives as a reason for qualified immunity
Appellant's Reply Brief

fox was following policy we have Two problems. certainly he clearly was not. fox here does not claim fox followed one single aspect of ~~$~~ the grievance policy SOP 4.5. williams claims - by fact - fox violated every single word of it and fox does not dispute that. The other problem, following an unlawful order is not a defense for violating clearly established law. The laws (plural, fox basically only defends one nuance of many seperate violations) fox violated do not get any more clearly established than these. If qualified cmunity covers fox NO government official (he's a sheriff deputy) need follow the law. laws and case law are useless, irrelevant and no need for any Judge or court house.

the district court errored when it made up its own factual Defense, held that williams testimony and documents are inadmissible, held that the testimony of fox that harmed him was also hearsay and inadmissible but that what helped him is admissible and that all the admissible evidence must be construed in favor of fox and against williams (the court did say that). The court errored in regards to the initial right to petition violation, then in a finding of a frivolous defense and ignoring as a result the fact fox did not initially allow williams to Petition - file. the court mistated the chilling standard, it errored when it alternated factual findings to address seperate violations and when it held that Bradly is

13- Appellant's Reply Brief

unconstitutional or such Jail rules constitutional

Fox's argument is completely frivolous and fox's factual interpretations are ridiculous and insulting to the court — the grievances must have been frivolous or fox would have filed them instead of trashing them, and that was his response not appealed by williams. fox wants petition rights to be satisfied by a guard picking up a grievance, reading it in front of the cell, tossing it on the teir and later putting it in the trash, then saying oh, I deemed it "not grieving anything and containing insults = "

fox also wants this court to ignore williams allegations,[5] what he alleges are the cause of actions, what he says fox told him, what he says he wrote in the grievances.

the Purported personal letters from williams to a 3rd party not of this suit: The lower court did not indicate it used that evidence in its reasoning. williams asserted several issues over that evidence, validity, they were cherry picked out of context and contents available and also pointed out that williams is entitled to give his interpretation

[5] though fox does not appear to agree with the courts hearsay finding, but instead makes a conclusory plea to find the grievances must simply have been frivolous. And also, to be fair, fox does not assert grievance 8821 is some how relevant. The court obviously made a mistake there

14—

14 - Appellants Reply Brief

of their meaning, even if it wasn't cut and pasted, etc. The Jury - if admissible - must hear williams explinations, some were given as hypotheticals in his initial challenge to their publication - made public record now. The court does seem to recognise thats not settled and inappropriate at this stage to rely on. Nor does it excuse fox's violations, regardless of interpretation and validity.

In short, the district courts legal conclusions are contrary to this and the supreme courts, it mistates the law and disagrees with it, and its factual conclusions are clearly unfounded in the record and ignores a great deal of the record. It actually alternated its factual findings for seperate claims! The most glaring factual issues were its conclusion fox followed the grievance policy and it acted as a Juror; the jury williams demanded. He did not request a bench trial. A Jury could certainly Reasonably⑥ come to a different factual conclusion than the district court did.

Williams believes that the undisputed evidence requires a Judgement in his favor as a matter of law. In the alternative, the record has to at least reflect a material disputed issue requiring a Jury trial.

⑥ williams does not know if the "clearly erroneous" standard is the same for a criminal ruling as in a civil matter where a Jury is to decide evidentiary merit.

15- Appellants Reply Brief

Every single grievance submitted in the ada county jail was documented except two. fox's trashed grievances. They were all either processed, rejected after scanning into the media file or copied for infraction for use of disrespectful language. The defendant and Judge can not point to one of these grievances and say that was a frivolous grievance. When the court says the record indicates williams was filing frivolous grievance — besides irrelevant, Kinda a prior bad act argument... — that is a complete mistatement of fact. The record indicates williams Never filed a frivolous grievance. We have a record of them all! except Two, that fox asks this court to "presume" were frivolous. fox cites NO record to support their frivolous claim① NONE. Littorally, See fox brief. pp. 6-7!

Thank You,   Kent Wils   July 14, 2019
             Kent Williams

_____

① again, williams claims fox told him the sole reason was the preceived disrespectful language. Thats only disputed in part. fox's post incident story is that language was only one reason for his actions and believes if he adds the frivolous excuse it excuses the language excuse. fox's testimony, without williams testimony, violates clearly established law and so does his defense — the one presented below and the one presented here on appeal for the first time.

16 - Appellants Reply Brief

certificate of service

on July 14, 2019 I placed in the Idaho state
correctional center inmate mail "Appellant's Reply Brief"
addressed to :

united states court of Appeals
PO BOX 193939
San francisco, CA 94119-3939

and;

sherry A Morgan
catherine A freeman
200 West front street Room 3/91
Boise Idaho 83702

_Kent Williams_ July 14, 2019
Kent Williams

17- Appellant's Reply Brief